# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

| | |
|---|---|
| SHINITA BAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:18-cv-328 |
| | ) |
| DIVERSIFIED CONSULTANTS, INC., | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, SHINITA BAKER, ("Plaintiff"), through his attorney, Hormozdi Law Firm, LLC, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), voluntarily dismisses this case, without prejudice, against Defendant, DIVERSIFIED CONSULTANTS, INC.

                                                               RESPECTFULLY SUBMITTED,

July 18, 2018                        By: /s/ Shireen Hormozdi
                                               Shireen Hormozdi
                                               Hormozdi Law Firm, PLLC
                                               North Carolina Bar No. 47432
                                               1770 Indian Trail Road, Suite 175
                                               Norcross, GA 30093
                                               Tel: 678–395-7795
                                               Cell: 678-960-9030
                                               Fax: 866-929-2434
                                               shireen@agrusslawfirm.com
                                               shireen@norcrosslawfirm.com

## **CERTIFICATE OF SERVICE**

On July 18, 2018, I electronically filed the Notice of Voluntary Dismissal with the Clerk of the U.S. District Court, using the CM/ECF system. I e-mailed a copy of the filed Notice of Voluntary Dismissal to Defense Counsel, Andrea Kast, at andrea@victuslaw.com.

By: /s/ Shireen Hormozdi
Shireen Hormozdi