**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

SHANITA BAKER

      VS                                        CASE NO.  4:18cv328-MW/CAS

DIVERSIFIED CONSULTANTS, INC.

**JUDGMENT**

     This case is dismissed without prejudice under Federal Rule of Civil Procedure 41(a).

                                              JESSICA J. LYUBLANOVITS
                                              CLERK OF COURT

July 19, 2018                          s/ Victoria Milton McGee
DATE                                       Deputy Clerk: Victoria Milton McGee